No. 910, Misc. MARTIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Wm. J. Holloway, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 911, Misc. GRABINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Irving Younger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 998, Misc. MATOS *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. *Bertrand D. Gerber* for petitioner.

No. 927, Misc. DOUGLAS *v.* MAXWELL, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 952, Misc. WELCH *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Robert R. Granucci* and *Albert W. Harris, Jr.,* Deputy Attorneys General, for respondent.

No. 969, Misc. CROCKARD *v.* KENT, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied.

No. 982, Misc. ROBINSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.